IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN ORTIZ | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 20-1187 |
| | § | |
| MDO, INC. and JOHN MORENO | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME **MDO, INC.** and **JOHN MORENO, (hereinafter Defendants)** file this Notice of Removal pursuant to 28 U.S.C.A. § 1653, and in support thereof would respectfully show unto the Court as follows:

### A.   Procedural History

1.    On August 26, 2020, Plaintiff sued Defendants for negligence in the 438th Judicial District Court, Bexar County. Plaintiff alleges that on June 18, 2019, a Freightliner driven by JOHN MORENO, while in the course and scope of his employment with MDO, INC., struck a Ford F150 truck containing JOHN ORTIZ.   The accident occurred at or near 7500 block of N. Loop 1604, in San Antonio, TX.   Plaintiff alleges that Defendant JOHN MORENO negligently drove his Freightliner causing the collision with the Plaintiff's Ford F150 truck.   Plaintiff also alleges that Defendant JOHN MORENO was negligent per se in failing to keep a proper lookout, maintaining a safe distance, and speeding.   Plaintiff further alleges that MDO, INC., was negligent in the entrustment of the tractor-trailer to JOHN MORENO and negligent in their hiring, supervision, monitoring, retention, managing, training of JOHN MORENO, as well as maintenance of the Freightliner.

2.      Defendant, **MDO, INC.**, was served with the suit on or after September 12, 2020, 2020 through its registered agent, Eric Maldonado 19164 Otilla St. Bloomington, CA 92316. Defendant, MDO, INC. answered the Petition with a timely general denial on October 2, 2020. Defendant, JOHN MORENO was served with the suit on or after September 11, 2020 at his residence located at 8434 Tweedy Ln Appt 216, Downey, CA 90240. Defendant, JOHN MORENO answered the Petition with a timely general denial on October 2, 2020.

3.      Defendants, file this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), after having received information sufficient to determine that the case was removable.

### B. Diversity Jurisdiction

4.      This Court has original jurisdiction over this matter under 28 U.S.C. § 1332(a), in that there is complete diversity among the properly joined Defendants, and the amount in controversy exceeds $75,000.

5.      Removal is proper because there is complete diversity between the parties.  28 U.S.C. §1332(a); *Darden v. Ford Consumer Fin. Co.*, 200 F.3d 753, 755 (11th Cir. 2000). A corporation is a citizen of both the state where it was incorporated and the state where it has its principal place of business. 28 U.S.C. §1332(c)(1).   In this case, the citizenship for the Plaintiff and Defendants is as follows:

A.      Plaintiff JOHN ORTIZ is a resident of Texas.

B.      Defendant, MDO, INC. is a California corporation whose principal place of business is in California.

C.      Defendant, JOHN MORENO is a resident of Downey, California.

### C.  Amount-in-Controversy

6.      Diversity jurisdiction is proper where a preponderance of the evidence establishes that the amount in controversy exceeds the jurisdictional minimum.  See *Williams v.*

*State Farm Mut. Auto. Ins. Co.*, 931 F.Supp. 469, 471 (S.D. Tex. 1995) (citing *Allen v. R&H Oil & Gas Company*, 63 F.3d 1326, 1335 (5th Cir. 1995)).   This requirement may be met where it is "facially apparent" from the petition that the plaintiff's claims are likely to exceed the jurisdictional minimum.   *Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002); *Allen,* 63 F.3d at 1335.

7.      Plaintiff has alleged that they are seeking monetary relief "over $1,000,000.00."

D.   Other Requirements

8.      Defendants have been properly served and consent to and join in the removal of this case to federal court.   *Harper v. AutoAlliance Int'l, Inc.,* 392 F.3d 195, 201-02 (6th Cir. 2004); see 28 U.S.C. § 1446(a).

9.      Copies of all pleadings, process, orders, and other filings in the state-court suit are attached hereto as Exhibit "A", to this notice as required by 28 U.S.C. §1446(a).   Please note that Exhibit "A" contains certified copies of 1) Plaintiff's Original Petition; 2) Citation for Defendant MDO, Inc.; 3) Citation for John Moreno; 4) Defendants MDO, Inc. and John Moreno's Original Answer; and 5) Defendants' Demand for Jury.   The Court was unable to print up a Docket Sheet on October 5, 2020, so Defendants included a "print up" of the court docket sheet. Defendnats will obtain a certified copy of the docket sheet and supplement our Notice.   Undersigned counsel has reviewed the docket sheet and can represent to the Court that all documents within Exhibit "A" comprise the entire State Court file.

10.      Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

11.      Defendants will promptly file a copy of this Notice of Removal with the clerk of the state court where the suit has been pending.

12.     A list of all attorneys appearing in the subject action is attached hereto as Exhibit "B", List of Attorneys.

## E.   Jury Demand

13.     Plaintiff demanded a jury in the state-court suit.   Defendants also make a demand for trial by jury.

## F. Conclusion

14.     For these reasons, Defendants ask the Court to remove the suit to The United States District Court for the Western District of Texas, San Antonio Division.

Respectfully submitted,

**BROCK ♦ GUERRA
STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone
(210) 979-7810 Facsimile

BY: _____
SCOTT P. JONES
State Bar No. 10955500
Email: sjones@brock.law
JASON L. WEST
State Bar No. 24042597
Email: jwest@brock.law
DAVID E. IRWIN
State Bar No. 24091127
Email: dirwin@brock.law

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 6th day of October 2020, I electronically filed ***Defendants' Notice of Removal*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David Jones                                    Fax No. 877/513-1359
Thomas J. Henry Law, PLLC                       Email: djones-svc@thomasjhenrylaw.com
5711 University Heights Blvd., Suite 101
San Antonio, Texas 78269


_____
SCOTT P. JONES
JASON L. WEST
DAVID E. IRWIN