IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN ORTIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-20-CV-1187-FB |
| | § | |
| MDO, INC. and JOHN MORENO, | § | |
| | § | |
| Defendant. | § | |

### *ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT*

Before the Court is the Joint Stipulation of Dismissal with Prejudice filed on December 20, 2021 (docket #44). Plaintiff John Ortiz and Defendants MDO, Inc. and John Moreno have filed their Joint Stipulation of Dismissal of all claims in this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The Court has considered the stipulation and pleadings and finds the case is not a class action, no receiver has been appointed in this action and this case is not governed by any federal statute requiring an order of the Court for dismissal of the case. The parties have, however, specifically requested an order of dismissal in this case.

The Court finds the Joint Stipulation of Dismissal with Prejudice should be GRANTED and this case should be dismissed with prejudice.

Therefore, IT IS HEREBY ORDERED, ADJUDGED and DECREED that pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties in this case, this case and all claims and causes of action asserted therein are DISMISSED WITH PREJUDICE to the refiling of same, with all costs of court to be borne by the party incurring same. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 28th day of December, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE